

# 11TH COURT OF APPEALS
## EASTLAND, TEXAS
### JUDGMENT

Brian Keith Johnson,

\* From the 50th District Court
of Knox County,
Trial Court No. 4201.

Vs. No. 11-25-00041-CR

\* June 19, 2025

The State of Texas,

\* Memorandum Opinion by Williams, J.
(Panel consists of: Bailey, C.J.,
Trotter, J., and Williams, J.)

This court has considered Brian Keith Johnson's motion to dismiss this appeal and concludes that the motion should be granted. Therefore, in accordance with this court's opinion, the appeal is dismissed.